UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DARNEL POWELL,

        Plaintiff,  **CERTIFICATE OF SERVICE**

   - against -  18 Civ. 07022 (RRM/PK)

NEW YORK STATE DEPARTMENT OF
EDUCATION,  **ORIGINAL FILED BY ECF**

        Defendant.
-----------------------------------------------------------X

  JUDITH M. YOUNG, pursuant to 28 U.S.C. § 1746, certifies under penalty of perjury as follows:

  I am employed as a Legal Assistant in the Office of LETITIA JAMES, Attorney General of the State of New York, and attorney for the defendant herein. I am over eighteen years of age and not a party to this action.

  On **March 28, 2019**, I served a true and correct copy of the **NOTICE OF APPEARANCE** (see E.C.F. No. 10) upon the following:

    Mr. Darnel Powell
    P.O. Box 308
    Huntington, New York 11746

Plaintiff pro se in the subject action by depositing the above-referenced item, properly enclosed inside a prepaid envelope, into a Post Office Box regularly maintained by the UNITED STATES POSTAL SERVICE at 28 Liberty Street, New York, New York 10005; directed to said plaintiff pro se at the address designated by him within the State of New York for that purpose.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  New York, New York
     **March 29, 2019**

                */s/ Judith M. Young*
                JUDITH M. YOUNG